**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

    RYAN DOUGLAS CARROLL, and : 
    DESIREE MARIE CARROLL     :

                                  :     Chapter 13

                                  :     Case No. 19-10445

        Debtor(s)

## **CERTIFICATE OF SERVICE**

    I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Debtors' Notice of Filing Bankruptcy upon the creditors and parties-in-interested listed herein below and on attached Matrix:

| | |
|---|---|
| United States Trustee<br>Office of the United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106-2908 | Comenity Capital Bank<br>3100 Easton Square Place<br>Columbus, OH  43219-6232 |
| Resurgent Acquisitions LLC<br>P.O. Box 10497<br>Greenville, SC  29603-0497 | Scott Waterman (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |
| Ryan Douglas Carroll and<br>Desiree Marie Carroll<br>121 Jeffrey Lane<br>Northampton, PA  18067 | |

                                            Respectfully submitted:

Dated: 6/7/2023                                      Signed: /s/ Everett Cook
                                                        By: Everett Cook, Esq.
                                                        Attorney ID #202039
                                                        LAW OFFICES OF EVERETT COOK, P.C.
                                                        1605 N. Cedar Crest Blvd., Suite 520
                                                         Allentown, PA 18104
                                                        Phone:  610-351 3566
                                                        Fax:  610.351.3556
                                                       bankruptcy@everettcooklaw.com