| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-10445-PMM**

RYAN DOUGLAS CARROLL
DESIREE MARIE CARROLL
121 JEFFREY LN
NORTHAMPTON  PA  18067-1066

Petition Filed Date: 01/25/2019
341 Hearing Date: 03/05/2019
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2022 | $150.00 | 8642107000 | 09/26/2022 | $150.00 | 8699273000 | 09/27/2022 | $150.00 | 8729496000 |
| 10/18/2022 | $150.00 | 8774095000 | 11/14/2022 | $150.00 | 8824381000 | 11/28/2022 | $150.00 | 8846264000 |
| 12/27/2022 | $150.00 | 8891686000 | 01/17/2023 | $150.00 | 8944059000 | 02/08/2023 | $150.00 | 8987366000 |
| 03/20/2023 | $150.00 | 9054125000 | 04/24/2023 | $150.00 | 9092525000 | 05/25/2023 | $150.00 | 9172256000 |
| 06/26/2023 | $150.00 | 9200636000 | 07/24/2023 | $150.00 | 9263212000 | | | |

**Total Receipts for the Period: $2,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,154.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN EDUCATION SERVICES<br>»» 009 | Unsecured Creditors | $645.21 | $62.37 | $582.84 |
| 8 | ALLY FINANCIAL<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BANK OF AMERICA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,622.71 | $253.35 | $2,369.36 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 014 | Unsecured Creditors | $5,225.99 | $504.94 | $4,721.05 |
| 7 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $6,800.14 | $657.03 | $6,143.11 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $4,199.89 | $405.78 | $3,794.11 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $802.62 | $71.96 | $730.66 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $1,475.86 | $1,475.86 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK<br>»» 015 | Unsecured Creditors | $3,065.89 | $296.20 | $2,769.69 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $5,897.41 | $569.81 | $5,327.60 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,132.80 | $198.74 | $1,934.06 |
| 16 | RESURGENT CAPITAL SERVICES<br>»» 016 | Unsecured Creditors | $3,257.80 | $314.76 | $2,943.04 |

**Chapter 13 Case No. 19-10445-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,266.24 | $412.18 | $3,854.06 |
| 17 | US DEPARTMENT OF EDUCATION<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO<br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO<br>»» 05U | Unsecured Creditors | $717.87 | $64.44 | $653.43 |
| 18 | JOHN EVERETT COOK ESQ<br>»» 018 | Attorney Fees | $1,878.71 | $1,878.71 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,154.12 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $7,166.13 | Arrearages: | ($450.00) |
| Paid to Trustee: | $697.17 | Total Plan Base: | $8,604.12 |
| Funds on Hand: | $290.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.