United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10445-pmm |
| Ryan Douglas Carroll | Chapter 13 |
| Desiree Marie Carroll | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 19, 2023 | Form ID: 138OBJ | Total Noticed: 65 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ryan Douglas Carroll, Desiree Marie Carroll, 121 Jeffrey Ln, Northampton, PA 18067-1066 |
| 14263162 | | Lehigh Valley Health Network, PO Box 4120, Allentown, PA 18105-4120 |
| 14263163 | | Lehigh Valley Hospital, %Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14301810 | + | PNC BANK, N.A., P.O. BOX 94892, CLEVELAND, OH 44101-4892 |
| 14263179 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 14283949 | + | Wells Fargo Bank, N.A., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 20 2023 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 20 2023 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14263145 | | Email/Text: bncnotifications@pheaa.org | Dec 20 2023 00:20:00 | Aes/Pnc Bank, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14263146 | | Email/Text: bncnotifications@pheaa.org | Dec 20 2023 00:20:00 | Aes/Pnc Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14263143 | | Email/Text: bncnotifications@pheaa.org | Dec 20 2023 00:20:00 | Aes/pheaa, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14263144 | | Email/Text: bncnotifications@pheaa.org | Dec 20 2023 00:20:00 | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14289172 | | Email/Text: ally@ebn.phinsolutions.com | Dec 20 2023 00:19:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621732 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 20 2023 00:28:14 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14263147 | | Email/Text: ally@ebn.phinsolutions.com | Dec 20 2023 00:19:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 14263148 | | Email/Text: ally@ebn.phinsolutions.com | Dec 20 2023 00:19:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14263149 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2023 00:19:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14293911 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2023 00:19:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14263150 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 20 2023 00:19:00 | Bk of Amer, PO Box 45144, Jacksonville, FL 32232-5144 |
| 14263152 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2023 00:28:22 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14263153 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2023 00:28:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14263151 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2023 00:28:21 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14263154 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2023 00:28:01 | Capital One NA, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14285116 | + | Email/Text: RASEBN@raslg.com | Dec 20 2023 00:19:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14263157 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2023 00:28:03 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14263158 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2023 00:28:12 | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14788249 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2023 00:20:00 | Comenity Capital Bank, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14263161 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2023 00:28:03 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14263178 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2023 00:28:04 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 14301709 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2023 00:20:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14268306 | | Email/Text: mrdiscen@discover.com | Dec 20 2023 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14263159 | | Email/Text: mrdiscen@discover.com | Dec 20 2023 00:19:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14263160 | | Email/Text: mrdiscen@discover.com | Dec 20 2023 00:19:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14416018 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2023 00:20:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14263155 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2023 00:28:11 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14263156 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2023 00:28:20 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14428030 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 00:28:11 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14279420 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 00:27:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14734327 | ^ | MEBN | Dec 20 2023 00:11:30 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14263164 | | Email/Text: bankruptcies@penncredit.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Dec 20 2023 00:20:00 | Lehigh Valley Physicians Group, %Penn Credit Corp, PO Box 988, Harrisburg, PA 17108-0988 |
| 14324429 | Email/Text: camanagement@mtb.com | Dec 20 2023 00:20:00 | M & T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14278126 | + Email/Text: bncnotifications@pheaa.org | Dec 20 2023 00:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14263166 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 20 2023 00:19:00 | Pnc Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 14263167 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 20 2023 00:19:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 14294618 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2023 00:28:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14263165 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:11 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14788259 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 00:28:23 | Resurgent Acquisitions LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14302919 | + Email/Text: bncmail@w-legal.com | Dec 20 2023 00:20:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14263168 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2023 00:28:03 | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14263169 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:19 | Syncb Home, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 14263171 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:19 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14263173 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:27:58 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14263170 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:00 | Syncb/hhgreg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14263172 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:24 | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 14263653 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14263174 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2023 00:28:01 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14263175 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2023 00:28:12 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14312645 | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2023 00:20:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14263176 | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2023 00:20:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 14263177 | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2023 00:20:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14284642 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2023 00:28:23 | Wells Fargo Bank , N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14280541 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2023 00:28:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14263180 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2023 00:28:04 | Wells Fargo Home Mortgage, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

Case 19-10445-pmm   Doc 63   Filed 12/21/23   Entered 12/22/23 00:33:19   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: 138OBJ | Total Noticed: 65 |

| 14263181 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| --- | --- | --- | --- |
| | | Dec 20 2023 00:28:03 | Wf/fmg, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |
| 14263182 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Dec 20 2023 00:28:04 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14788232 | | 19-10445 |
| 14788235 | * | Aes/Pnc Bank, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14788236 | * | Aes/Pnc Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14788233 | * | Aes/pheaa, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14788234 | * | Aes/pheaafrn, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14788237 | * | Ally Financial, Attn: Bankruptcy Dept, PO Box 380901, Bloomington, MN 55438-0901 |
| 14788238 | * | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14788239 | * | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 14788240 | *+ | Bk of Amer, PO Box 45144, Jacksonville, FL 32232-5144 |
| 14788241 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14788242 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14788243 | * | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14788244 | * | Capital One NA, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14788247 | * | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14788248 | * | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14788252 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 14788270 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 14788250 | * | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14788251 | * | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14788245 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14788246 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 14785081 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14788253 | * | Lehigh Valley Health Network, PO Box 4120, Allentown, PA 18105-4120 |
| 14788254 | * | Lehigh Valley Hospital, %Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14788255 | * | Lehigh Valley Physicians Group, %Penn Credit Corp, PO Box 988, Harrisburg, PA 17108-0988 |
| 14788257 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 14788258 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 14788256 | * | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14788260 | * | Sears/Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 14788261 | * | Syncb Home, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 14788263 | * | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14788265 | * | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14788262 | * | Syncb/hhgreg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14788264 | * | Syncb/toysrus, PO Box 965005, Orlando, FL 32896-5005 |
| 14788266 | * | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14788267 | * | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14788268 | * | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 14788269 | * | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14788271 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 14788272 | * | Wells Fargo Home Mortgage, Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |
| 14788273 | * | Wf/fmg, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |
| 14788274 | * | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |
| 14386956 | ##+ | Law Office of Everett Cook, P.C., 2309 MacArthur Road, Whitehall PA 18052-4523 |

District/off: 0313-4 | User: admin | Page 5 of 5
Date Rcvd: Dec 19, 2023 | Form ID: 138OBJ | Total Noticed: 65

| | | |
|---|---|---|
| 14293824 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 1 Undeliverable, 41 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor M &T Bank as Servicer for Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com

JOHN EVERETT COOK
on behalf of Joint Debtor Desiree Marie Carroll bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com

JOHN EVERETT COOK
on behalf of Debtor Ryan Douglas Carroll bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor M &T Bank as Servicer for Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG
on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ryan Douglas Carroll and Desiree
Marie Carroll

        Debtor(s)                      Case No: 19−10445−pmm

                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            United States Bankruptcy Court
        Office of the Clerk, Gateway Building
             201 Penn Street, 1st Floor
                Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/19/23