*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Ryan Douglas Carroll and Desiree Marie Carroll : Case No. 19–10445–pmm
    Debtor(s)

### ORDER
_____

    AND NOW, this day , March 12, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

71
Form 195