United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10445-pmm
Ryan Douglas Carroll  Chapter 13
Desiree Marie Carroll
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Mar 12, 2024      Form ID: 195      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Ryan Douglas Carroll, Desiree Marie Carroll, 121 Jeffrey Ln, Northampton, PA 18067-1066 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Joint Debtor Desiree Marie Carroll bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| JOHN EVERETT COOK | on behalf of Debtor Ryan Douglas Carroll bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MARK A. CRONIN | on behalf of Creditor M &T Bank as Servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M &T Bank as Servicer for Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 195 | Total Noticed: 1 |

ECFMail@ReadingCh13.com

Scott F Waterman

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

THOMAS SONG

on behalf of Creditor WELLS FARGO BANK  N.A. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Ryan Douglas Carroll and Desiree Marie Carroll : Case No. 19−10445−pmm
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , March 12, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

71
Form 195