**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Ryan Douglas Carroll aka Ryan Carroll aka Ryan D. Carroll

Debtor 2

United States Bankruptcy Court for the EASTERN DISTRICT of Pennsylvania

Case number  19-10445 PMM

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor: Lakeview Loan Servicing LLC**

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to
identify the debtor's account: 8585

**Date of payment change:**
Must be at least 21 days after date
of this notice          12/01/2022

**New total payment:**          $1331.79
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $565.63          New escrow payment: $ 537.88

## Part 2:    Mortgage Payment Adjustment

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the
debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
attached, explain why: _____

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $_____  New principal and interest payment: $ _____

## Part 3:    Other Payment Change

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $_____          New mortgage payment: $ _____

Document ID: 4ee0311437d0db76490e70bf4906309d6cb16369d22cfff226362490fc6ea31d

| Debtor(s) | Ryan Douglas Carroll | | Case number *(if known)*  19-10445 PMM |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Brian C. Nicholas (Atty ID: 317240)                    Date    11/08/2022

**Print:** Brian Nicholas
08 Nov 2022, 15:24:41, EST

Title    Attorney for Creditor

Company    KML Law Group, P.C.

Address    701         Market Street, Suite 5000
            Number         Street
            Philadelphia,                    PA    19106
            City                    State    ZIP Code

Contact phone    (215) 627–1322            Email  bkgroup@kmllawgroup.com

Document ID: 4ee0311437d0db76490e70bf4906309d6cb16369d22cfff226362490fc6ea31d