# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Ryan Douglas Carroll aka Ryan Carroll aka Ryan D. Carroll**<br>          **Debtor(s)**<br><br>**Lakeview Loan Servicing LLC**<br>          **Movant**<br>**vs.**<br><br>**Ryan Douglas Carroll aka Ryan Carroll aka Ryan D. Carroll**<br>          **Debtor(s)**<br><br>**Scott F. Waterman**,<br>          **Trustee** | **BK NO. 19-10445 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 10, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ryan Douglas Carroll aka Ryan Carroll aka Ryan D. Carroll
121 Jeffrey Lane
Northampton, PA 18067

Attorney for Debtor(s)
John Everett Cook, Esq.
1605 N. Cedar Crest Blvd (VIA ECF)
Allentown, PA 18194

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>November 10, 2022</u>

                                                      **/s/Brian C. Nicholas, Esquire**
                                                      Brian C. Nicholas, Esquire
                                                      Attorney I.D. 317240
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      201-549-5366
                                                      bnicholas@kmllawgroup.com